IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00649-WYD

JO ANN E. CRESPIN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

**Daniel, J.**

    Defendant's Unopposed Motion for Remand (ECF No. 15), seeking entry of judgment and a remand for further administrative proceedings under sentence four of 42 U.S.C. § 405(g), is **GRANTED**.  The final decision of the agency is **REVERSED** and the case **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the agency will reconsider Plaintiff's claim *de novo* and instruct the ALJ to further evaluate Plaintiff's maximum residual functional capacity (20 C.F.R. §§ 404.1545, 416.945, and Social Security Rulings ("SSR") 96-8p, 96-9p), and in so doing, evaluate the opinion of Gerald I. Bell, M.D., explaining the reasons for the weight given to this opinion (20 C.F.R. §§ 404.1527(e), 416.927(e) and SSR 96-6p); and if warranted, obtain supplemental evidence from a medical expert and obtain supplemental evidence from a vocational expert at step five of the sequential evaluation process (20 C.F.R. §§ 404.1566, 416.966, and SSR 00-4p).

The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated: September 11, 2015

BY THE COURT:

/s/ *Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE